# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Carrillo, | No. CV-22-00359-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Pima County Community College District, et al., | |
| Defendants. | |

Having reviewed the parties' Stipulation to Dismiss Count 1 of Plaintiff's First Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED, dismissing Count 1 of Plaintiff's First Amended Complaint, with prejudice.

Dated this 23rd day of January, 2023.

*[signature]*

Honorable James A. Soto
United States District Judge