# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Carrillo, | No. CV-22-00359-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Pima County Community College District, et al., | |
| Defendants. | |

This matter is referred to the assigned to the undersigned for the purpose of conducting a settlement conference (Doc. 23),

**IT IS HEREBY ORDERED REASSIGNING** this matter to the Honorable D. Thomas Ferraro for the purpose of conducting a settlement conference. Counsel shall continue to communicate with Amanda Damianakos (Amanda_Damianakos@azd.uscourts.gov/502-205-4641) regarding the settlement conference.

Dated this 20th day of June, 2023.

Honorable Jacqueline M. Rateau
United States Magistrate Judge