Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1752
Fax: (602) 200-7854
gstaton@jshfirm.com
rpatel@jshfirm.com

Attorneys for Defendants Pima County Community College District; Michelle Nieuwenhuis, Alex Carranza, Amy Montano, and David Rucker

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Carrillo, an adult individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Pima County Community College District; Michelle Nieuwenhuis, an adult individual; Alex Carranza, an adult individual; Amy Montano, an adult individual; David Rucker, an adult individual,<br><br>　　　　　　　　　　　Defendants. | No. 22CV00359-TUC-JAS<br><br>**Stipulation to Extend Rule 16 Scheduling Order Deadlines**<br><br>**(Assigned to the Honorable James A. Soto)** |

　　　　The parties, by and through their respective undersigned counsel, hereby submit this Stipulation to Extend Rule 16 Scheduling Order Deadlines. The parties affirm that this request is made in good faith and not for the purpose of delay. The parties have exchanged extensive written discovery and to date depositions of the Plaintiff and Defendants Cpl. Carranza and Sgt. Montano have been taken. The parties are currently working cooperatively to schedule any remaining necessary fact witness depositions.

　　　　　The parties request that the current deadlines be extended as set forth below. This will allow for the mediation to take place before the parties are required to retain experts and disclose reports.

11816772.1

When dates were initially set the parties agreed to set a mediation date before experts needed to be retained. When this matter was referred to Magistrate Judge Jacqueline M. Rateau for mediation she was not available until August 7, 2023. (Doc 33). On June 20, 2023 the parties received notice that the matter had been transferred to Magistrate Judge Thomas Ferraro. (Doc. 41). Because Judge Ferraro was not available on August 7th the parties were requested to provide alternative dates. Given undersigned counsels' trial schedule and travel plans, the first date that counsel and Judge Ferraro were available is September 11, 2023. The mediation is now set to begin on that date at 9:30 a.m.

Based on the foregoing, the parties request that the Scheduling Order be amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Fact Discovery | July 28, 2023 | August 30, 2023 |
| Plaintiff's Expert Disclosure | August 25, 2023 | September 29, 2023 |
| Defendant's Expert Disclosure | September 29, 2023 | November 3, 2023 |
| Rebuttal Expert Disclosures | October 27, 2023 | December 29, 2023 |
| Expert Depositions | December 1, 2023 | January 26, 2024 |
| Dispositive Motions | January 25, 2024 | March 1, 2024 |

Accordingly, for the foregoing reasons the parties believe good cause exists and respectfully request that the case discovery and other deadlines be adjusted as set forth above.

2

11816772.1

DATED this 10th day of July, 2023.

                                  JONES, SKELTON & HOCHULI, P.L.C.


                                  By /s/ Georgia A. Staton
                                      Georgia A. Staton
                                      Ravi V. Patel
                                      40 N. Central Avenue, Suite 2700
                                      Phoenix, Arizona 85004
                                      Attorneys for Defendants Pima County Community College District; Michelle Nieuwenhuis, Alex Carranza, Amy Montano, and David Rucker

MICK LEVIN, P.L.C.


                                  By /s/ Mick Levin *(with permission)*
                                      Mick Levin, Esq.
                                      3401 N. 32nd Street
                                      Phoenix, Arizona 85018
                                      Attorneys for Plaintiffs

3

11816772.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Cecily N. Benson

11816772.1