Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1752
Fax: (602) 200-7854
gstaton@jshfirm.com
rpatel@jshfirm.com

Attorneys for Defendants Pima County Community College District; Michelle Nieuwenhuis, Alex Carranza, Amy Montano and David Rucker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Carlos Carrillo, an adult individual,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Pima County Community College District; Michelle Nieuwenhuis, an adult individual; Alex Carranza, an adult individual; Amy Montano, an adult individual; David Rucker, an adult individual,<br><br>　　　　　　　　　Defendants. | No. 4:22-cv-00359-JCH<br><br>**Notice of Deposition of Sonia Carrillo**<br><br>**(Assigned to the Honorable James A. Soto)** |

YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 30, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups of which those persons belong is given below.

11911701.1

1    If you require an interpreter to translate your testimony, please advise the
2 attorney undersigned no later than ten (10) days before the deposition date, designating
3 the specific language and dialect.

| | |
|---|---|
| **PERSONS TO BE EXAMINED:** | Sonia Carrillo<br>c/o Mick Levin<br>Mick Levin PLC<br>3401 N 32nd Street<br>Phoenix, Arizona 85018 |
| **DATE AND TIME OF THE DEPOSITION:** | Thursday, August 24, 2023<br>at 9:30 a.m. |
| **LOCATION OF DEPOSITION:** | PIMA COMMUNITY COLLEGE<br>4905C E. Broadway Blvd.<br>Room No. C-228<br>Tucson, AZ 85709 |
| **TRANSCRIPTIONIST BEFORE WHOM DEPOSITION WILL BE TAKEN:** | Griffin Group International<br>3200 E. Camelback Road, Suite 177<br>Phoenix, Arizona 85018<br>(602) 264-2230 |

DATED this 1st day of August, 2023.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Georgia A. Staton
   Georgia A. Staton
   Ravi V. Patel
   40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendants Pima County
   Community College District; Michelle
   Nieuwenhuis, Alex Carranza, Amy
   Montano and David Rucker

11911701.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed/emailed the foregoing document to the following non-CM/ECF participants:

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, Arizona 85018
(602) 264-2230
calendar@giffinreporters.com


/s/ Cecily N. Benson

11911701.1