1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9    Carlos Carrillo,

No. CV-22-00359-TUC-JAS

10            Plaintiff,

**ORDER**

11    v.

12    Pima County Community College District, et al.,

13

14            Defendants.

15        Before the Court is Defendants' Motion for Protective Order (Doc. 48). Because

16    discovery deadlines are pending and have already been extended once,

17        **IT IS ORDERED** that Plaintiff shall file a response to Defendants' Motion no later

18    than **Monday August 7, 2023**. If Plaintiff has no objections to Defendants' Motion or the

19    attached proposed protective order, the response may say as much. If Plaintiff does have

20    objections, Defendants may file a reply no later than **Friday August 11, 2023**.

21        Dated this 1st day of August, 2023.

22
23
24

Honorable James A. Soto
United States District Judge

25
26
27
28