Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
Elizabeth B. N. Garcia, Bar #032209
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-1752
Fax:  (602) 200-7854
gstaton@jshfirm.com
rpatel@jshfirm.com
egarcia@jshfirm.com

Attorneys for Defendants Pima County Community College District, Michelle Nieuwenhuis, Alex Carranza, Amy Montano, and David Rucker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Carlos Carrillo, an adult individual,<br><br>Plaintiff,<br><br>v.<br><br>Pima County Community College District; Michelle Nieuwenhuis, an adult individual; Alex Carranza, an adult individual; Amy Montano, an adult individual; David Rucker, an adult individual,<br><br>Defendants. | No. 22CV00359-TUC-JAS<br><br>**DEFENDANTS' NOTICE OF FILING NON-ELECTRONIC EXHIBIT** |

Defendants hereby give notice of filing a non-electronic exhibit, in accordance with this Court's Order of January 4, 2024 (Doc. 65).  The audio-recording is relevant to Defendants' Fourth Amendment arguments and is also referenced as Exhibit M to Defendants' Material Statement of Facts in Support of its Motion for Summary (Doc. 63).

The Notice of Filing is being electronically filed through the Court's CM/ECF system. Two (2) copies of the USB flash drives containing the audio-recording of Plaintiff Carloss Carrillo's July 15, 2022, interview with Cpl. Carranza and Ofc. Montano are being sent overnight via Federal Express, to the U.S. District Court in Tucson,

Arizona for delivery on January 12, 2024 (one copy for the Clerk of the Court and one copy for Judge Soto).

. A copy of the Notice of Filing and a USB flash drive is also being sent via U.S. Mail, postage prepaid, to Plaintiff's counsel.

DATED this 11th day of January, 2024.

                JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Georgia A. Staton
    Georgia A. Staton
    Ravi V. Patel
    Elizabeth B. N. Garcia
    40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendants Pima County Community College District, Michelle Nieuwenhuis,
    Alex Carranza, Amy Montano, and David Rucker

116575749.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Ginger Stahly

116575749.1